IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RONALD ADRIN GRAY,

    *Petitioner,*

vs.

COLONEL MICHAEL JOHNSTON,

    *Respondent.*

Case No. 18-3305-EFM

**MEMORANDUM AND ORDER**

    This matter has been stayed since March 29, 2023, pending resolution of *Santucci v. Commandant*, D. Kan. 19-cv-3116-JWL, 10CCA 20-3149, and *Bales v. Commandant*, D. Kan. 19-cv-3112-JWL, 10 CCA 20-3167.  Both cases are now final.  The Court will therefore lift the stay and order the parties to submit updated briefing that reflects and addresses the holdings in *Santucci* and *Bales* regarding the applicable standard of review for a federal habeas court asked to review a court-martial conviction and sentence. The amended petition, answer, and reply will supersede the currently operative petition (Doc. 1), answer (Doc. 17), and reply (Doc. 28), so they should include all the parties' arguments and should not merely refer back to earlier pleadings.

    **IT IS THEREFORE ORDERED** that the stay of this matter is **lifted.** Petitioner is ordered to file, on or before November 13, 2023, an amended petition for writ of habeas corpus that updates

his briefing in light of *Bales* and *Santucci* and which will supersede the currently operative petition that was filed December 27, 2018. Respondent is ordered to file an answer to the amended petition within 30 days of receiving the amended petition. Petitioner will be granted 30 days from receipt of the answer to file a traverse, or reply, to the answer.

**IT IS SO ORDERED**.

Dated this 10th day of October, 2023.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE