# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

RONALD ADRIN GRAY,

    *Petitioner,*

vs.

Case No. 18-3305-EFM

COLONEL MICHAEL JOHNSTON,

    *Respondent.*

## MEMORANDUM AND ORDER

This matter comes before the Court on Petitioner's unopposed motion for extension of time to file his amended petition. (Doc. 51.) The motion will be granted.

**IT IS THEREFORE ORDERED** that the motion for extension of time (Doc. 51) is **granted**. Petitioner is granted to and including January 12, 2024 in which to file his amended petition for writ of habeas corpus. Respondent is ordered to file an answer to the amended petition within 30 days of receiving the amended petition. Petitioner will be granted 30 days from receipt of the answer to file a traverse, or reply, to the answer.

**IT IS SO ORDERED**.

Dated this 6th day of November, 2023.

*[signature: Eric F. Melgren]*

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE